IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAREN NEWMAN, former Executrix of )
the Estate of Shirley B. Gamble, deceased, )
et al., )
)
                        Plaintiffs, )
)
v. )   Case No. 11-CV-2309 JAR/KMH
)
DANA TIPPIN CUTLER, et al., )
)
                        Defendants. )

## DEFENDANTS DANA TIPPIN CUTLER, KEITH A. CUTLER AND JAMES A. TIPPIN & ASSOCIATES MOTION AND MEMORANDUM IN SUPPORT TO DISMISS FOR LACK OF PROSECUTION

COME NOW Defendants Dana Tippin Cutler, Keith A. Cutler, and James A. Tippin & Associates ("Defendants"), by and through their attorneys of record, and pursuant to the Federal Rules of Civil Procedure, Rule 41, moves this Court for an Order dismissing this action for lack of prosecution or in the alternative, for costs. In support of this Motion, Defendants submit the following Memorandum.

### I. STATEMENT OF FACTS

1. On June 3, 2011, Plaintiffs filed their Complaint with the Court.

2. On October 31, 2011, Plaintiff Karen Newman, through her attorneys, filed a Motion to Dismiss her from the case. An Order, dated November 16, 2011 was entered, granting dismissal of Karen Newman as a Plaintiff in this action. (See text entry Order, attached hereto as **Exhibit A.**)

3. On October 12, 2011 Plaintiff's counsel confirmed that the deposition of Leon Akins would take place on Tuesday, November 22, at 9:30 a.m. (*See* October 6, 11, 12; 2011 email attached hereto as **Exhibit B**).

4. On October 24, 2011 Defendants filed with the Court their Cross Notice to take the Deposition of Plaintiff Leon Akins on November 22, 2011. (*See* Cross Notice, attached hereto as **Exhibit C**).

5. On November 22, 2011, thirty minutes after Plaintiff's deposition was scheduled to begin, Plaintiff's attorney acknowledged that it did not appear Leon Akins would be appearing for his deposition. (*See* Deposition Transcript, attached hereto as **Exhibit D**).

6. As a result of Plaintiff's inexcusable failure to attend his deposition, Defendants incurred unnecessary costs associated with said failure. (*See* Costs/ Expenses and invoice for deposition transcript, attached hereto as **Exhibit E).**

## II. ARGUMENTS AND AUTHORITIES

**1. Plaintiff's Failure to Prosecute**

Under the Federal Rules of Civil Procedure, Rule 41(b), Involuntary Dismissal; Effect:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

In the case at hand, Plaintiff's deposition was properly noticed to take place on November 22, 2011, at the Plaintiff's attorney's offices located in Olathe, Kansas. Prior to said deposition, attorneys for Defendants were never given any notice whatsoever that Plaintiff would not be appearing at his properly noticed deposition. It is wholly improper for a Plaintiff to be

uncooperative during the discovery process. Defendants have a right to conduct discovery in this matter and undertook all reasonable means to do so. Counsel for Defendants was advised by Counsel for Plaintiff at the deposition of Plaintiff Leon Akins that that Mr. Akins had been notified by mail about the deposition and that a letter regarding the deposition has been hand delivered to Mr. Akins the day before the deposition. Yet, Mr. Akins never advised his counsel that he would not be attending the properly noticed deposition. Accordingly, this action must be dismissed as to Defendants Dana Tippin Cutler, Keith A. Cutler, and James A. Tippin & Associates or in the alternative, costs must be assessed against Plaintiff.

**2. Defendants Incurred Expenses/Costs**

Pursuant to the Federal Rules of Civil Procedure, Rule 37(d)(1)(A)(i), *Motion, Grounds for Sanctions:*

> The court where the action is pending may, on motion, order sanctions if: (i) a party or a party's officer, director, or managing agent--or a person designated under Rule 30(b)(6) or 31(a)(4)---fails, after being served with proper notice, to appear for the person's deposition.

Moreover, pursuant to the Federal Rules of Civil Procedure, Rule 37(d)(3) *Types of Sanctions*:

> Sanctions may include any of the orders listed in Rule 37(b)(2)(A)(i)-(vi). Instead of or in addition to these sanctions, the court must require the party failing to act, the attorney advising the party, or both to pay the reasonable expenses, including attorney fees, caused by the failure, unless the failure was substantially justified or other circumstances made an award of expenses unjust.

Rule 37(b)(2)(v) allows the dismissal of the action or proceeding in whole or in part. Thus, Defendants believe Plaintiff's Complaint should be dismissed. However, the event the Court finds otherwise, Plaintiff should be sanctioned due to his failure to attend his properly noticed deposition.

In addition to incurring unnecessary expenses in attending Plaintiff's deposition which included the cost of the record of a non-appearance transcript as well as Defendants' counsel's time in driving to and from the deposition and waiting for Mr. Akins to appear, Defendants incurred attorney fees in preparation for said deposition. Therefore, if Defendants' Motion for Dismissal is denied, Defendants respectfully request that they be awarded reasonable expenses, including attorneys' fees, as found in Exhibit A attached, caused by the failure of Plaintiff to attend his properly noticed deposition.

### III. CONCLUSION

As set forth above, Plaintiff has failed to cooperate in prosecuting this action. Defendants pray for an Order of the Court dismissing this action or in the alternative, awarding costs and expenses and such other and further relief as the Court deems just and equitable.

MORROW WILLNAUER KLOSTERMAN CHURCH, L.L.C.

By      s/James C. Morrow
    JAMES C. MORROW, #13509
    JULIE A. BUSH, #19724
Executive Hills East, Building A
10401 Holmes, Suite 300
Kansas City, Missouri 64131-3405
Telephone:  (816) 382-1382
Fax:          (816) 382-1383
Email:       jmorrow@mwklaw.com
              jbush@mwklaw.com
ATTORNEYS FOR DEFENDANTS

I hereby certify that the above and foregoing
was filed with the Clerk of the Court via ECF
on this 13th day of December 2011, with a copy of the
same being served via electronic mail (ECF)by the
Clerk of the Court on this 13th day of December 2011, to:

Barry D. Martin
SPEER & HOLLIDAY, LLP
100 E. Park, Suite 204
Olathe, Kansas 66051-1000
Email: bdmartin@speerholliday.com


Patrick J. Doran
DORAN LAW OFFICE
4324 Belleview, Suite 200
Kansas City, Missouri 64111
ATTORNEYS FOR PLAINTIFFS
Email: pjdoran@doranlaw.net


/s/ James C. Morrow
JAMES C. MORROW

**Jim Morrow**

| | |
|---|---|
| From: | KSD_CMECF@ksd.uscourts.gov |
| Sent: | Wednesday, November 16, 2011 9:42 AM |
| To: | ksd_nef@ksd.uscourts.gov |
| Subject: | Activity in Case 2:11-cv-02309-JAR -KMH Newman et al v. Cutler et al Order on Motion to Dismiss Party |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered on 11/16/2011 at 9:42 AM CST and filed on 11/16/2011
**Case Name:**       Newman et al v. Cutler et al
**Case Number:**     2:11-cv-02309-JAR -KMH
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
ORDER granting [13] Motion to Dismiss Plaintiff Karen Newman. Signed by District Judge Julie A. Robinson on 11/16/2011. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (gc)


**2:11-cv-02309-JAR -KMH Notice has been electronically mailed to:**

Barry D. Martin  bdmartin@speerholliday.com

James C. Morrow  jmorrow@mwklaw.com, jbush@mwklaw.com

Patrick John Doran  pjdoran@doranlaw.net

Julie A. Bush  jbush@mwklaw.com

**2:11-cv-02309-JAR -KMH Notice has been delivered by other means to:**



DEFENDANT'S EXHIBIT
1
A

**Julie Bush**

| | |
|---|---|
| **From:** | KSD_CMECF@ksd.uscourts.gov |
| **Sent:** | Wednesday, November 16, 2011 9:42 AM |
| **To:** | ksd_nef@ksd.uscourts.gov |
| **Subject:** | Activity in Case 2:11-cv-02309-JAR -KMH Newman et al v. Cutler et al Order on Motion to Dismiss Party |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered on 11/16/2011 at 9:42 AM CST and filed on 11/16/2011
**Case Name:**      Newman et al v. Cutler et al
**Case Number:**   2:11-cv-02309-JAR -KMH
**Filer:**
**Document Number:** 14(No document attached)

Docket Text:
**ORDER granting [13] Motion to Dismiss Plaintiff Karen Newman. Signed by District Judge Julie A. Robinson on 11/16/2011. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (gc)**

**2:11-cv-02309-JAR -KMH Notice has been electronically mailed to:**

Barry D. Martin   bdmartin@speerholliday.com

James C. Morrow   jmorrow@mwklaw.com, jbush@mwklaw.com

Patrick John Doran   pjdoran@doranlaw.net

Julie A. Bush   jbush@mwklaw.com

**2:11-cv-02309-JAR -KMH Notice has been delivered by other means to:**

1

**From:** Patrick Doran [mailto:pjdoran@doranlaw.net]
**Sent:** Wednesday, October 12, 2011 2:58 PM
**To:** Jim Morrow; bdmartin@speerholliday.com
**Cc:** Julie Bush
**Subject:** Re: Gamble

Jim. great minds think alike. When I responded to the email from Division 4, I figured we could just walk across the street during the afternoon of 11/18 to see Judge Elliott. Please schedule the deposition that day to start at 10 am. For Leon Akins on 11/22, let's get started at 9:30, if that's all right. We can do that deposition at Barry's office unless Leon tells me that location is inconvenient (I also suggested your office as an option). If any of that changes, I will let you know.

On Karen Newman, I had explained that she lives in Frisco, Texas. In considering all the facts, it seems more appropriate for her deposition to take place there. Please let me know if we are in agreement for her Nov. 11 there and we can set it up.

Also, in looking at Jerry Palmer's availability, we could do the court-ordered mediation on 11/30, 12/1 or 12/2. If you feel you need to extend the Court's deadline, he does have other dates in December that are open. We probably should agree on a date and book that soon.

Pat

DORAN LAW OFFICE
4324 Belleview, Suite 200
Kansas City, Missouri 64111
816/753-8700 (VOX)
816/753-4324 (FAX)
pjdoran@doranlaw.net

----- Original Message -----
**From:** Jim Morrow
**To:** pjdoran@doranlaw.net ; bdmartin@speerholliday.com
**Cc:** Julie Bush
**Sent:** Tuesday, October 11, 2011 11:31 AM
**Subject:** RE: Gamble

Pat and Barry:


DEFENDANT'S EXHIBIT B

We talked about the dates for Barry and Leon, and I simply did not write them down. My recollection was that we would do Barry on 11/18 and Leon on 11/22. Can you confirm? Also, if we are doing Barry on 11/18, we can take a break and go see Judge Elliott at 3:30. Finally, I need dates for Karen Newman. As she is a plaintiff in the Newman case, I want to do her deposition in KC. We have suggested 11/11. Please let me know.

Thanks,

Jim

**James C. Morrow**
MORROW•WILLNAUER•KLOSTERMAN•CHURCH, L.L.C.
10401 Holmes Road, Suite 300
Kansas City, MO 64138
Phone: (816) 382-1382 (ext. 3009)
Fax: (816) 382-1383

*Confidentiality Notice:* The information contained in this electronic mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (816) 382-1382 or by reply transmission via email and delete the message without copying or disclosing it.

Email is not a secure method of communication. It may be copied and held by any computers through which it passes and persons not participating in the communication may intercept the communication. By sending communications via email, you have consented to such method of communication. Please advise the sender immediately if you do not wish to receive confidential and/or privileged information by email which may be transmitted over a site which is not secure.

---

**From:** Julie Bush
**Sent:** Tuesday, October 11, 2011 11:06 AM
**To:** 'Patrick Doran' (pjdoran@doranlaw.net); bdmartin@speerholliday.com
**Cc:** Jim Morrow
**Subject:** FW: Gamble

Pat and Barry:

I sent the below email last Thursday, but to date have not heard a response. I noticed that Pat advised Ms. Eboni Everett today that Plaintiff was available for a hearing in this case on Nov. 18th at 3:30, yet it was my understanding that Mr. Martin was going to be deposed that day. Please respond to my email below today that so I can respond to Ms. Everett's inquiry regarding the hearing.

Additionally, there has been no response to my repeated requests for the exhibits that were omitted from the Agreements for Consent Judgment and an executed Covenant Not to Execute by Karen Newman that you agreed to produce. To that end, I assume you are refusing to produce these documents and as such, you leave me with no choice, but to include these documents in my Motion to Compel and I will be seeking my costs for having to do so.

I look forward to hearing from you soon.

Sincerely,

Sincerely,

Julie Bush

2

**From:** Julie Bush
**Sent:** Thursday, October 06, 2011 1:56 PM
**To:** 'Patrick Doran' (pjdoran@doranlaw.net); bdmartin@speerholliday.com
**Cc:** Jim Morrow
**Subject:** Gamble

Patrick and Barry:

I wanted to confirm the deposition schedule for Mr. Martin and Leon Akins, III.

Martin: Friday, November 18, 2011 at Mr. Martin's office.

Akins, III: Tuesday November 22, 2011.

What time are these depositions starting and where is Mr. Akins' deposition going to take place? Also, does November 10th, 2011 work for the deposition of Karen Newman? Please let me know so I can send out the notices. Thanks.

Sincerely,

Julie A. Bush
Attorney at Law
MORROW•WILLNAUER•KLOSTERMAN•CHURCH, L.L.C.
Executive Hills East, Building A
10401 Holmes, Suite 300
Kansas City, Missouri 64131-4509
(816) 382-1382 Office
(816) 382-1383 Facsimile
jbush@mwklaw.com

CONFIDENTIALITY NOTICE

The information contained in this electronic mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (816) 382-1382 or by reply transmission via email and delete the message without copying or disclosing it.

Email is not a secure method of communication. It may be copied and held by any computers through which it passes and persons not participating in the communication may intercept the communication. By sending communications via email, you have consented to such method of communication. Please advise the sender immediately if you do not wish to receive confidential and/or privileged information by email which may be transmitted over a site which is not secure.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1831 / Virus Database: 2090/4546 - Release Date: 10/11/11

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAREN NEWMAN, former Executrix of )
the Estate of Shirley B. Gamble, deceased, )
et al., )
)
　　　　　　　　　Plaintiffs, )
)
v. ) Case No. 11-CV-2309 JAR/KMH
)
DANA TIPPIN CUTLER, et al., )
)
　　　　　　　　　Defendants. )

### CROSS-NOTICE TO TAKE DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of **Leon Akins** will be taken at the offices of Barry D. Martin, Speer and Holliday, L.L.P., 201 North Cherry, P.O. Box 1000, Olathe, KS 66051-1000, on **Tuesday, November 22, 2011** between the hours of 9:00 a.m. and 6:00 p.m. of that day, and that the taking of the said deposition, if not completed on that day, will be continued from day to day, at the same place and between the same hours until completed. The precise hour at which the witness will be in attendance is **9:30 a.m.**

The deposition will be recorded by stenographic means.

　　　　　　　　　MORROW WILLNAUER KLOSTERMAN CHURCH, L.L.C.

　　　　　　　　　By_____s/James C. Morrow_____
　　　　　　　　　　JAMES C. MORROW, #13509
　　　　　　　　　　JULIE A. BUSH, #19724
　　　　　　　　　Executive Hills East, Building A
　　　　　　　　　10401 Holmes, Suite 300
　　　　　　　　　Kansas City, Missouri 64131-3405
　　　　　　　　　Telephone:　(816) 382-1382
　　　　　　　　　Fax:　　　　(816) 382-1383
　　　　　　　　　Email:　　　jmorrow@mwklaw.com
　　　　　　　　　　　　　　 jbush@mwklaw.com

　　　　　　　　　ATTORNEYS FOR DEFENDANTS


DEFENDANT'S EXHIBIT C

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 24th day of October 2011, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 24th day of October 2011, to:

Barry D. Martin
SPEER & HOLLIDAY, LLP
201 North Cherry
P.O. Box 1000
Olathe, Kansas 66051-1000

Patrick J. Doran
DORAN LAW OFFICE
4324 Belleview, Suite 200
Kansas City, Missouri 64111

ATTORNEYS FOR PLAINTIFFS


/s/ James C. Morrow
JAMES C. MORROW

TRANSCRIPT OF PROCEEDINGS  11/22/2011

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAREN NEWMAN, former )
Executrix of the Estate of )
Shirley B. Gamble, deceased, )
et al., )
 )
       Plaintiffs, )
vs.    )Case 11-CV-2309 JAR/KMH
 )
DANA TIPPIN CUTLER, et al., )
 )
       Defendants. )

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL DEPARTMENT

THE ESTATE OF SHIRLEY B. )
GAMBLE, deceased, by and )
through its Special )
Administrator, )
Barry D. Martin, )
 )
       Plaintiff, )
vs.    ) Case No. 10 CV 05495
 ) Division 4
KAREN NEWMAN, former )
Executrix of the Estate of )
Shirley B. Gamble, deceased, )
et al., )
 )
       Defendants. )

TRANSCRIPT OF PROCEEDINGS
AT THE SCHEDULED DEPOSITION OF LEON AKINS
TAKEN ON BEHALF OF DEFENDANTS DANA TIPPIN CUTLER,
KEITH A. CUTLER, and JAMES A. TIPPIN & ASSOCIATES
NOVEMBER 22, 2011
Myles A. Megee, CSR-KS, CCR-MO, RPR, CRR

## Page 2

1                INDEX OF EXAMINATION
2
3   Statement by Ms. Bush                          5
4
5                INDEX OF EXHIBITS
6   Exhibit No. 50  (Deposition notice)            5
7   Exhibit No. 51  (Deposition notice)            6
8
9   Reporter's Note:  Original exhibits were retained by
10  Ms. Bush.

## Page 3

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
2
3   KAREN NEWMAN, former        )
    Executrix of the Estate of  )
4   Shirley B. Gamble, deceased,)
    et al.,                     )
5                               )
           Plaintiffs,          )
6   vs.                         )Case 11-CV-2309 JAR/KMH
                                )
7   DANA TIPPIN CUTLER, et al., )
                                )
8          Defendants.          )
9
10     IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
                      CIVIL DEPARTMENT
11
    THE ESTATE OF SHIRLEY B.    )
12  GAMBLE, deceased, by and    )
    through its Special         )
13  Administrator,              )
    Barry D. Martin,            )
14                              )
           Plaintiff,           )
15  vs.                         ) Case No. 10 CV 05495
                                ) Division 4
16  KAREN NEWMAN, former        )
    Executrix of the Estate of  )
17  Shirley B. Gamble, deceased,)
    et al.,                     )
18                              )
           Defendants.          )
19
20
21       TRANSCRIPT OF PROCEEDINGS AT THE SCHEDULED
    DEPOSITION OF LEON AKINS, taken on the 22nd day of
22  November, 2011, between the hours of nine o'clock in
    the forenoon and six o'clock in the evening of that
23  date at the law offices of SPEER & HOLLIDAY, LLP,
    100 East Park Street, Suite 204, Olathe, Kansas,
24  before MYLES A. MEGEE, a Certified Shorthand Reporter
    within and for the State of Kansas.
25

## Page 4

1                    APPEARANCES
2
    For the Plaintiffs:
3
    MR. PATRICK J. DORAN
4   PATRICK J. DORAN, LC
    4324 Belleview, Suite 200
5   Kansas City, Missouri 64111
    pjdoran@doranlaw.net
6   (816) 753-4324
7
    For Defendants Dana Tippin Cutler,
8   Keith A. Cutler, and James A. Tippin &
    Associates:
9
    MS. JULIE A. BUSH
10  MORROW WILLNAUER KLOSTERMAN CHURCH, LLC
    10401 Holmes, Suite 300
11  Kansas City, Missouri 64131
    jbush@mwklaw.com
12  (816) 382-1382
13
    The Court Reporter:
14
    Mr. Myles Megee, CSR
15  Kansas CSR 1224
    Midwest Litigation Services
16  1301 Oak Street
    Kansas City, Missouri 64106
17  (816) 221-1160

DEFENDANT'S EXHIBIT D

1 (Pages 1 to 4)

www.midwestlitigation.com        MIDWEST LITIGATION SERVICES        Phone: 1.800.280.3376        Fax: 314.644.1334

TRANSCRIPT OF PROCEEDINGS 11/22/2011

Page 5

1  (Deposition Exhibit Nos. 50 and 51 were
2  marked for identification.)
3  (The proceedings commenced at 10:05 a.m.)
4  MS. BUSH: This is Julie Bush, and we are
5  here today to take the deposition of Leon Akins in two
6  cases. The first one is filed in the District Court
7  of Johnson County, Kansas, entitled "The Estate of
8  Shirley B. Gamble, deceased, by and through its
9  special administrator, Barry D. Martin, versus Karen
10 Newman, former executrix of the Estate of Shirley B.
11 Gamble, deceased, et al." And I'm going to mark the
12 notice to take the deposition of Leon Akins in this
13 case, which was supposed to begin at 9:30, and it is
14 now 10:05 and Mr. Akins has not appeared, and it's my
15 understanding that he was made aware of his
16 deposition. And I will mark the notice for this
17 deposition as Deposition Exhibit No. 50. And in that
18 case, I represent Defendants Dana Tippin Cutler, Keith
19 A. Cutler and James A. Tippin & Associates.
20 A cross notice was also filed in the
21 United States District Court for the District of
22 Kansas in the case of Karen Newman, former executrix
23 of the Estate of Shirley B. Gamble, deceased, et
24 al., versus Dana Tippin Cutler. Again, Mr. Akins
25 was to appear for his deposition in this case as

Page 6

1  well at 9:30 a.m. Again, it's 10:05 and he has not
2  appeared. And I will mark the deposition notice as
3  Exhibit No. 51. And, again, I represent the
4  defendants Dana Tippin Cutler, Keith A. Cutler, and
5  James A. Tippin & Associates in that case as well.
6  And because Mr. Leon Akins is not here, we are going
7  to conclude this deposition.
8  MR. DORAN: Okay.
9  (The proceedings concluded at 10:06 a.m.)

Page 7

1  CERTIFICATE OF REPORTER
2
3  I, Myles A. Megee, a Certified Shorthand
4  Reporter of the State of Kansas, do hereby certify
5  that I appeared at the time and place first
6  hereinbefore set forth, that I took down in shorthand
7  the entire proceedings had at said time and place, and
8  that the foregoing constitutes a true, correct, and
9  complete transcript of my said shorthand notes.
10 Witness my hand and seal this 25th day of
11 November, 2011.
12
13
14  _____
15  Myles A. Megee
16  Certified Shorthand Reporter
17  State of Kansas

2 (Pages 5 to 7)

**A**
administrator 1:13 3:13 5:9
Akins 1:21 3:21 5:5 5:12,14,24 6:6
al 1:4,7,17 3:4,7,17 5:11,24
appear 5:25
APPEARANCES 4:1
appeared 5:14 6:2 7:5
Associates 1:23 4:8 5:19 6:5
aware 5:15
a.m 5:3 6:1,9

**B**
B 1:4,11,17 3:4,11 3:17 5:8,10,23
Barry 1:13 3:13 5:9
BEHALF 1:22
Belleview 4:4
Bush 2:3,10 4:9 5:4 5:4

**C**
case 1:6,15 3:6,15 5:13,18,22,25 6:5
cases 5:6
CCR-MO 1:25
CERTIFICATE 7:1
Certified 3:24 7:3 7:16
certify 7:4
CHURCH 4:10
City 4:5,11,16
CIVIL 1:10 3:10
commenced 5:3
complete 7:9
conclude 6:7
concluded 6:9
constitutes 7:8
correct 7:8
County 1:10 3:10 5:7
Court 1:1,10 3:1,10 4:13 5:6,21
cross 5:20
CRR 1:25
CSR 4:14,15
CSR-KS 1:25
Cutler 1:7,22,23 3:7 4:7,8 5:18,19 5:24 6:4,4

CV 1:15 3:15

**D**
D 1:13 3:13 5:9
Dana 1:7,22 3:7 4:7 5:18,24 6:4
date 3:23
day 3:21 7:10
deceased 1:4,12,17 3:4,12,17 5:8,11 5:23
defendants 1:8,18 1:22 3:8,18 4:7 5:18 6:4
DEPARTMENT 1:10 3:10
deposition 1:21 2:6 2:7 3:21 5:1,5,12 5:16,17,17,25 6:2 6:7
District 1:1,1,10 3:1 3:1,10 5:6,21,21
Division 1:15 3:15
DORAN 4:3,4 6:8

**E**
East 3:23
entire 7:7
entitled 5:7
Estate 1:3,11,16 3:3 3:11,16 5:7,10,23
et 1:4,7,17 3:4,7,17 5:11,23
evening 3:22
EXAMINATION 2:1
executrix 1:3,16 3:3 3:16 5:10,22
Exhibit 2:6,7 5:1,17 6:3
exhibits 2:5,9

**F**
filed 5:6,20
first 5:6 7:5
foregoing 7:8
forenoon 3:22
former 1:3,16 3:3 3:16 5:10,22
forth 7:6

**G**
Gamble 1:4,12,17 3:4,12,17 5:8,11 5:23
going 5:11 6:6

**H**
hand 7:10
hereinbefore 7:6
HOLLIDAY 3:23
Holmes 4:10
hours 3:22

**I**
identification 5:2
INDEX 2:1,5

**J**
J 4:3,4
James 1:23 4:8 5:19 6:5
JAR/KMH 1:6 3:6
jbush@mwklaw.... 4:11
Johnson 1:10 3:10 5:7
Julie 4:9 5:4

**K**
Kansas 1:1,10 3:1 3:10,23 4:5,11 4:15,16 5:7,22 7:4 7:17
Karen 1:3,16 3:3,16 5:9,22
Keith 1:23 4:8 5:18 6:4
KLOSTERMAN 4:10

**L**
law 3:23
LC 4:4
Leon 1:21 3:21 5:5 5:12 6:6
Litigation 4:15
LLC 4:10
LLP 3:23

**M**
mark 5:11,16 6:2
marked 5:2
Martin 1:13 3:13 5:9
Megee 1:25 3:24 4:14 7:3,15
Midwest 4:15
Missouri 4:5,11,16
MORROW 4:10
Myles 1:25 3:24 4:14 7:3,15

**N**
Newman 1:3,16 3:3 3:16 5:10,22
nine 3:22
Nos 5:1
Note 2:9
notes 7:9
notice 2:6,7 5:12,16 5:20 6:2
November 1:24 3:22 7:11

**O**
Oak 4:16
offices 3:23
Okay 6:8
Olathe 3:23
Original 2:9
o'clock 3:22,22

**P**
Park 3:23
PATRICK 4:3,4
pjdoran@doranl... 4:5
place 7:5,7
Plaintiff 1:14 3:14
Plaintiffs 1:5 3:5 4:2
proceedings 1:20 3:21 5:3 6:9 7:7

**R**
Reporter 3:24 4:13 7:1,4,16
Reporter's 2:9
represent 5:18 6:3
retained 2:9
RPR 1:25

**S**
SCHEDULED 1:21 3:21
seal 7:10
Services 4:15
set 7:6
Shirley 1:4,11,17 3:4,11,17 5:8,10 5:23
shorthand 3:24 7:3 7:6,9,16
six 3:22
special 1:12 3:12 5:9
SPEER 3:23
State 3:24 7:4,17

Statement 2:3
States 1:1 3:1 5:21
Street 3:23 4:16
Suite 3:23 4:4,10
supposed 5:13

**T**
take 5:5,12
taken 1:22 3:21
time 7:5,7
Tippin 1:7,22,23 3:7 4:7,8 5:18,19 5:24 6:4,5
today 5:5
transcript 1:20 3:21 7:9
true 7:8
two 5:5

**U**
understanding 5:15
United 1:1 3:1 5:21

**V**
versus 5:9,24
vs 1:6,15 3:6,15

**W**
WILLNAUER 4:10
Witness 7:10

**0**
05495 1:15 3:15

**1**
10 1:15 3:15
10:05 5:3,14 6:1
10:06 6:9
100 3:23
10401 4:10
11-CV-2309 1:6 3:6
1224 4:15
1301 4:16

**2**
200 4:4
2011 1:24 3:22 7:11
204 3:23
22 1:24
22nd 3:21
221-1160 4:17
25th 7:10

**3**
300 4:10
382-1382 4:12

**4**
4 1:15 3:15
4324 4:4

**5**
5 2:3,6
50 2:6 5:1,17
51 2:7 5:1 6:3

**6**
6 2:7
64106 4:16
64111 4:5
64131 4:11

**7**
753-4324 4:6

**8**
816 4:6,12,17

**9**
9:30 5:13 6:1

## DEFENDANTS' COST / EXPENSES

Travel to and from Plaintiff's counsel office to attend deposition of Leon Akins = .9 hours

Prepare for Leon Akins' deposition = 4.9 hours

Deposition Transcript = $ 82.50

Total Hours 5.8 x $130.00 per hour + transcript $82.50 = $836.50 Total Costs

*Due to the fact Leon Akins was being deposed as both a co-defendant in *The Estate of Shirley B. Gamble v. Newman, et al.* filed in Johnson County, Kansas and as a Plaintiff in *Leon Akins v. Dana Cutler, et al.*, out of fairness, the hours/amounts above were divided equally between the two lawsuits with the exception of the cost of the deposition transcript. The amount reflected on this Exhibit is what was incurred in the case at hand.



# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Julie A Bush
Morrow Willnauer Klosterman & Church LLC
10401 Holmes Suite 300
Executive Hills East Building A
Kansas City, MO 64131

**Invoice #:** STL138813
**Invoice Date:** 12/02/2011
**Balance Due:** $82.50

**Case #:**

**Case:** Shirley B Gamble et al v. Karen Newman
**Job #:** 105638  |  **Job Date:** 11/22/2011  |  **Delivery:** Normal
**Billing Atty:** Julie A Bush
**Location:** Barry Martin Law Office
100 East Park Street | Suite 204 | Olathe, KS 66061
**Sched Atty:** Julie A Bush | Morrow Willnauer Klosterman Church

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Transcript of Proceedings | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Transcript of Proceedings | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 3 | Transcript of Proceedings | Transcript - Original & 1 copy | Page | 10.00 | $4.25 | $42.50 |
| 4 | Transcript of Proceedings | Attendance - Hourly | Hour | 1.00 | $30.00 | $30.00 |

**Notes:**

**Invoice Total:** $82.50
**Payment:**
**Credits:**
**Balance Due:** $82.50

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                        Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL138813
**Job #:** 105638
**Invoice Date:** 12/02/2011

**Balance:** $82.50

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1